UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK           .
                                                                    Firm 11-3447785
IN RE,
                                                          X

                                                          X       06-
STACI MIRANDA,

DEBTOR
_____X

# DEBTOR'S DUTIES

## STATEMENT OF NONAPPLICABILITY OF SECTION 521(a)(1)(B)(iv)

      The herein Debtor, DOKUN ODUSOTE, hereby states that during the last 60 days preceding the filing of this chapter 7 case he/she has not retained any "payment advices or other evidence of payment from any employer" other than the attached.  Filing date was May 30, 2006

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the above statement and that it is true and correct to the best of my knowledge, information and belief.

Date:   May 30, 2006

                                                        _____/s/_____
                                                             Staci Miranda, Debtor